UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVAN CAMPBELL, *on behalf of herself and all others similarly situated*,<br><br>                                           Plaintiff,<br><br>                    -v -<br><br>GEM CENTER U.S.A., INC.,<br>                                           Defendant. | 22-CV-9793 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

This action was filed on November 17, 2022.  Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed.

Plaintiff is directed to advise the Court in writing why she has failed to serve the summons and complaint on Defendant within the ninety-day period, or, if Defendant has been served, when and in what manner such service was made.  If no written communication is received by February 24, 2023 showing good cause why such service was not made within ninety days, the Court will dismiss the case.

         SO ORDERED.

Dated:  February 17, 2023
           New York, New York

                                                            _____
                                                                          J. PAUL OETKEN
                                                                United States District Judge